UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GILBERTO CARRILLO, | ) |
| Plaintiff, | ) 2:12-cv-2165-JCM-VCF |
| vs. | ) |
| DOUGLAS GILLESPIE, *et al.*, | ) **ORDER** |
| Defendants. | ) |

Presently before the court is the matter of *Carrillo v. Gillespie et al*, case number 2:12-cv-02165-JCM-VCF.

In this case the parties have already filed a combined 14 motions. The filed motions consist of motions to dismiss, summary judgment motions, motions related to discovery, and miscellaneous motions (i.e. motions for appointment of counsel). These motions are all premature.

28 U.S.C. § 1915A mandates that courts screen civil suits filed by prisoners seeking redress by government entities or officials. In relevant part the statute states that "[t]he court shall review, before docketing, if feasible, or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." The court must dismiss the complaint, or any part of the complaint that is frivolous, malicious, fails to state a claim, or seeks monetary relief from a defendant who is immune

from such relief. 28 U.S.C. § 1915A(b)(1) & (2).

In this case, the parties filed all of the instant motions prior to the court conducting the required screening. Therefore, the following motions are denied without prejudice because they are premature.[1]

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for counsel (doc. # 14) be, and the same hereby, is DENIED without prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for enlargement of time to serve summons and complaint to unknown defendants (doc. # 18) be, and the same hereby, is DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for order and production of discovery (doc. # 19) be, and the same hereby, is DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for extension of time to take discovery (doc. # 21) be, and the same hereby, is DENIED as moot.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment (doc. # 25) be, and the same hereby, is DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for appointment of counsel (doc. # 32) be, and the same hereby, is DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for request for production of documents (doc. # 35) be, and the same hereby, is DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for appointment of counsel (doc. # 37) be, and the same hereby, is DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion to vacate the scheduling order (doc. # 39) be, and the same hereby, is DENIED without prejudice.

---

[1] The remaining motions, the ones not denied without prejudice in this order, will be resolved by this court's screening order.

IT IS FURTHER ORDERED that plaintiff's motion for limited summary judgment (doc. # 40) be, and the same hereby, is DENIED without prejudice.

Dated May 6, 2013.

_____
UNITED STATES DISTRICT JUDGE