# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GILBERTO CARRILLO,

        Plaintiff,

vs.

DOUGLAS GILLESPIE, et al.,

        Defendants.

2:12-cv-02165-JCM-VCF

**ORDER**

      Before the Court is plaintiff's Motion For, And To Compell [sic] Discovery (#80). Defendant Gillespie filed a Response (#88). Other defendants filed a Joinder in defendant Gillespie's Response (#89).

      As defendant Gillespie correctly points out, plaintiff's motion does not list the discovery at issue, when it was requested or plaintiff's attempts to obtain it before filing this motion. Plaintiff did not file a reply to this response or the joinder, and the time to reply has expired.

      The motion does not comply with LR 26-7(a) and also does not comply with LR 26-7(b).

      Accordingly, plaintiff's Motion to Compel Discovery (#80) is DENIED.

      DATED this 30th day of September, 2013.

                                                                       CAM FERENBACH
                                                                   UNITED STATES MAGISTRATE JUDGE