# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

GILBERTO CARRILLO,

                    Plaintiff,

vs.

DOUGLAS GILLESPIE, *et al.*,

                    Defendants.

Case No. 2:12-cv-02165-JAD-VCF

**<u>ORDER</u>**

(*Ex Parte* Motion for Additional Copywork #79)

(*Ex Parte* Motion for Legal Supplies Injunction #94)

Before the Court are *pro se* Plaintiff Gilberto Carrillo's *Ex Parte* Motion for Additional Copywork (#79)[1] and *Ex Parte* Motion for Legal Supplies Injunction (#94).

Plaintiff, who is currently in the Nevada Department of Corrections, filed the present *Ex Parte* Motion for Additional Copywork requesting $45.00 to make sufficient copies of documents for opposing counsel and the Court. (#79). He filed the present *Ex Parte* Motion for Legal Supplies Injunction requesting legal supplies "necessary to accommodate the court and discovery requested by counsels of the defendants." (#94).

*Ex parte* motions are filed with the Court but not served upon the opposing party. LR7-5(a). Pursuant to Local Rule 7-5(b), "[a]ll *ex parte* motions, applications or requests shall contain a statement showing good cause why the matter was submitted to the Court without notice to all parties." Motions may be submitted *ex parte* "only for compelling reasons." LR 7-5(c). Defendant has not provided the court with a statement in either motion demonstrating "compelling reasons" why the motions were filed

---

[1] Refers to the Court's docket number.

1

*ex parte.* Absent a LR7-5(b) statement, the Court will not consider these motions on an *ex parte* basis. Thus, the Court denies both motions *without prejudice.*

The Court recognizes that Plaintiff is *pro se* and thus should be held to less stringent standards than attorneys, *see Hughes v. Rowe*, 449 U.S. 5, 9 (1980); *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972) (*per curiam*), but the Court will not deny opposing counsel the opportunity to respond to a motion when a party does not provide "compelling reasons" for denying that opportunity.

Accordingly, and for good cause shown,

**IT IS ORDERED** that Plaintiff Gilberto Carrillo's *Ex Parte* Motion for Additional Copywork (#79) and  *Ex Parte* Motion for Legal Supplies Injunction (#94) be DENIED *without prejudice.*

DATED this 30th day of October, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2