# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GILBERTO CARRILLO,

              Plaintiff,

vs.

DOUGLAS GILLESPIE, *et al.*,

              Defendants.

Case No. 2:12–cv–2165–JAD–VCF

**ORDER**

      Before the court is *pro se* Plaintiff Gilberto Carrillo's motion to identify and issue a summons on Defendant Las Vegas Metropolitan Police Sergeant Scott Zavsza (#160). Defendant Gillespie filed a response (# 161). For the reasons stated below, Carrillo's motion is granted.

      An incarcerated pro se litigant proceeding *in forma pauperis* must "be allowed the chance to serve defendants personally through the Marshal's Service." *Romandette v. Weetabix Co.*, Inc., 807 F.2d 309, 311 (2nd Cir. 1986); 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in such cases."). Carrillo moves the court to serve Zavsza at Defense Counsel's address. In response, Defense Counsel states that Zavsza must be served "at the Las Vegas Metropolitan Police Department." The court agrees.

      ACCORDINGLY, and for good cause shown,

      IT IS ORDERED that Carrillo's motion (#160) is GRANTED.

      IT IS FURTHER ORDERED that the Clerk of the Court will make a copy of the amended complaint (#155), issue a summon to Defendant Scott Zavsza at Las Vegas Metropolitan Police

Department, 400 S. Martin L. King Boulevard, Las Vegas, Nevada  89106, deliver the same to the U.S. Marshal for service, and send a blank copy of the USM-285 form to the plaintiff.

IT IS FURTHER ORDERED that the plaintiff will have twenty (20) days to furnish to the U.S. Marshal the required USM-285 forms. Within twenty (20) days after plaintiff receives copies of the completed USM-285 forms from the U.S. Marshal, plaintiff must file a notice with the court stating if defendant was served. If the plaintiff wishes to have the U.S. Marshal attempt service again on defendant, then a motion must be filed with the court.

IT IS SO ORDERED.

DATED this 21st day of July, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE