# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

GILBERTO CARRILLO,

                Plaintiff,

vs.

DOUGLAS GILLESPIE, *et al.*,

                Defendants.

Case No. 2:12–cv–2165–JAD–VCF

**ORDER**

        Before the court is Gilberto Carrillo's unopposed Motion to Serve Defendant Scott Zavaza (#164). Carrillo's motion is granted.

        An incarcerated *pro se* litigant proceeding *in forma pauperis* must "be allowed the chance to serve defendants personally through the Marshal's Service." *Romandette v. Weetabix Co*., Inc., 807 F.2d 309, 311 (2nd Cir. 1986); 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in such cases."). On June 19, 2014, the court granted the parties Motion to Extend Time to serve Defendant Zavasa (#159). On July 17, 2014, Carrillo timely filed the instant Motion to Serve and provided the following address for Sargent Zavaza: Las Vegas Metropolitan Police Department, 330 S. Casino Center Blvd., Las Vegas, Nevada 89101.

        ACCORDINGLY, and for good cause shown,

        IT IS ORDERED that Gilberto Carrillo's unopposed Motion to Serve Defendant Scott Zavaza (#164) is GRANTED.

        IT IS FURTHER ORDERED that IT IS FURTHER ORDERED that the Clerk of Court will make a copy of the amended complaint (#155), issue a summons to Defendant Scott Zavaza, deliver the same to the U.S. Marshal for service, and send blank copies of the USM-285 forms to the Plaintiff.

IT IS FURTHER ORDERED that the plaintiff shall have twenty (20) days to furnish to the U.S. Marshal the required USM-285 forms. Within twenty (20) days after plaintiff receives copies of the completed USM-285 forms from the U.S. Marshal, plaintiff must file a notice with the court identifying which defendants were served and which were not served, if any. If the plaintiff wishes to have the U.S. Marshal attempt service again on any unserved defendants, then a motion must be filed with the court identifying the unserved defendants, specifying a more detailed name and address, and indicating whether some other manner of service should be used. Pursuant to the Federal Rules of Civil Procedure Rule 4(m), service must be accomplished within one hundred twenty (120) days from the date that the complaint was filed.

IT IS FURTHER ORDERED that from this point forward, plaintiff will serve upon Defendants, or their attorney if they have retained one, a copy of every pleading, motion, or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or their counsel. The court may disregard any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate of service.

IT IS SO ORDERED.

DATED this 11th day of August, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2