**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gilberto Carrillo,<br><br>　　　　　Plaintiff<br><br>　　　　　　　v.<br><br>Douglas Gillespie et al.,<br><br>　　　　　Defendants | Case No.: 2:12-cv-02165-JAD-VCF<br><br>**Order** |

Plaintiff Gilberto Carrillo moves for a 60 day extension to reply to defendants' motion for summary judgment, for reasons that he explains in his motion (Doc. 183).  This is his second request for a 60 day extension (*see* Doc. 181).  Good cause appearing, I **GRANT** Carrillo's motion to extend time.  His reply is now due by **February 9, 2015**.  Carrillo is cautioned, however, that, in light of the significant extensions already provided, he should not expect any more extensions of this deadline.

DATED December 11, 2014.

_____
Jennifer A. Dorsey
United States District Judge

1